IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:11-cv-3104-N (BF)** |
| | § | |
| **RESTAURANT & TAQUERIA** | § | |
| **CRISTINA, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 3,

2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge

are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge are accepted.

**SO ORDERED** this 29th day of July, 2013.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE